UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ICC HANDELS GMBH,

                                  Plaintiff,                **24 Civ. No. 00856 (MMG)**

         -against-                                **PRE-SETTLEMENT**
                                                                   **CONFERENCE ORDER**

TRAVELERS PROPERTY CASUALTY
COMPANY AMERICA,

                                Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, June 11, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 335 653 240#.**

       **SO ORDERED.**

DATED:    New York, New York
                 May 29, 2024

                                                                   */s/ Gary Stein*
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge